IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY L. WISE, | Civil No. 3:20-cv-1617 |
| Petitioner | (Judge Mariani) |
| v. | |
| BERNADETTE MASON, *et al.*, | |
| Respondents | |

### ORDER

**AND NOW,** this ___13th___ day of April, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1) and amendment thereto, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge